

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

UNITED STATES OF AMERICA

v.

ERIC ERICSON

No. 1:24-cr-

2024 OCT -9 P 4: 15

BY: ___ CLERK

**INDICTMENT**   1:24-cr-000117- SDN

The Grand Jury charges:

### COUNT ONE
### (False statement in application and use of passport)

On about March 24, 2023, in the District of Maine, the defendant,

### ERIC ERICSON

willfully and knowingly made a false statement in an application for a passport with the
intent to induce or secure the issuance of a passport under the authority of the United
States, for his own use or the use of another, contrary to the laws regulating the issuance of
passports and the rules prescribed pursuant to such laws. Specifically, the defendant
falsely stated that he had never used another name when, in fact, he had, and he falsely
stated that he had never applied for or been issued a U.S. passport before, when he had
previously applied for and obtained a U.S. passport in 1990.

All in violation of Title 18, United States Code, Section 1542.

A TRUE BILL,

Signature Redacted – Original on file
with the Clerk's Office

Assistant United States Attorney
Dated: 10/9/24