UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC ERICSON, | ) | 1:24-cr-00117-SDN |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

On June 5, 2025, the Magistrate Judge recommended the Court find that Defendant Eric Ericson is competent to proceed in this matter. ECF No. 63.

The time within which to file objections expired on June 19, 2025, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

Notwithstanding the parties' waiver, I have reviewed and considered the Magistrate Judge's Recommended Decision in light of the record. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

Therefore, the Court **AFFIRMS** and **ADOPTS** the Recommended Decision. ECF No. 63. The Court finds Defendant Eric Ericson is competent to proceed in this matter.

**SO ORDERED.**

Dated this 23rd day of June, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**